IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSHUA BRADLEY, | ) CASE NO. 1:19-cv-244 |
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) MAGISTRATE JONATHAN D. GREENBERG |
| CITY OF SOLON, *et al.*, | ) |
| Defendants. | ) |

### DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR MEDIATION

NOW COME Defendants City of Solon, Officer Joseph Randazzo, Detention Officer Stacey Szczudlo, Officer Sgt. Thomas Lesner, and Detention Officer Mandeep Saini ("Defendants"), by and through their undersigned counsel, and respectfully submit their Brief in Opposition to Plaintiff's Motion for Mediation.

Pursuant to Local Rule 16.6(b)(1), a civil case may be selected for mediation when the status of discovery is such that the parties are generally aware of the strengths and weaknesses of the case; or at any earlier time by agreement of the parties and approval of the Court. In the present case, the parties have not begun to conduct discovery. In fact, the Court hasn't even scheduled a date for the Case Management Conference. Accordingly, Plaintiff's request for mediation is entirely premature. Although not binding on this Court, it is important to note that in a similar action between Plaintiff and one of the above Defendants, Judge Dan Aaron Polster recently denied the very same motion. A copy of the court docket detailing Judge Polster's order is attached hereto as Exhibit "A". Moreover, any mediation at this early stage of litigation would require the consent of Defendants. As the Defendants have no inclination to engage in such a proceeding at this time, Plaintiff's Motion should be denied.

        Respectfully submitted,

        */s/ Barry Y. Freeman*
        Barry Y. Freeman (0062040)
        David A. Zulandt (0095516)
        BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC
        One Cleveland Center – Suite 1700
        1375 East Ninth Street
        Cleveland, OH  44114
        Telephone: 216.736.4223 / Facsimile: 216.615.3023
        Email: bfreeman@bdblaw.com
        Email: dzulandt@bdblaw.com
        *Attorneys for Defendants*

### **CERTIFICATE OF SERVICE**

I hereby certify that on April 23rd, 2019, a true and correct copy of the foregoing was served on Plaintiff's counsel via the Court's electronic filing system and electronic mail.

        */s/ Barry Y. Freeman*
        *Attorney for Defendant*

CL2:494186_v1